UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA



MARTIN RUSSELL DIAMOND,       )
                              )
       Plaintiff,             )
                              )
v.                            )   1:24-CV-00553
                              )
SERGEANT MR. WALKER, et al.,  )
                              )
       Defendants.            )

## ORDER

On January 30, 2026, the United States Magistrate Judge's Memorandum Opinion and Recommendation ("Recommendation") was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. (Dkts. 31, 32). No objections were filed within the time limits prescribed by 28 U.S.C. § 636. Therefore, the Court need not make a *de novo* review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation (Dkt. 31) is **ADOPTED**. **IT IS FURTHER ORDERED** that Defendants' Motion for

Summary Judgment for Failure to Exhaust Administrative Remedies (Dkt. 22) is **DENIED**. The Court directs that the Clerk refer this matter to the Magistrate Judge for imposition of a Scheduling Order.

This the 10th day of March, 2026.

LINDSEY A. FREEMAN
UNITED STATES DISTRICT JUDGE